IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAWANN SHAUNTEZ HAYES                                                    PETITIONER

v.                                          NO. 5:07CV00247 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Pursuant to the Order of Dismissal filed in this matter on this date, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated this 26th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE